| | |
|---|---|
| DANIEL J. BERGESON, SBN 105439<br>dbergeson@be-law.com<br>JOHN W. FOWLER, SBN 037463<br>jfowler@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone:  (408) 291-6200<br>Facsimile:   (408) 297-6000<br><br>Attorneys for Defendant<br>ERIC HOEPFL | **\*\* E-filed June 24, 2010 \*\*** |

BRYAN J. SINCLAIR, SBN 205885
bryan.sinclair@klgates.com
MICHAEL R. HAVEN, SBN 208721
mike.haven@klgates.com
K&L GATES LLP
630 Hansen Way Palo Alto, CA 94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Attorneys for Plaintiff
MU DYNAMICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MU DYNAMICS, INC., a Delaware corporation<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ERIC HOEPFL, an individual,<br><br>　　　　　　　　　　　Defendant. | Case No. 10-CV-2161 HRL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:  May 19, 2010 |

1   IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Mu Dynamics, Inc. ("Mu"), and defendant, Eric Hoepfl ("Hoepfl"), and pursuant to Civil Local Rule 6-1(a), that defendant Eric Hoepfl will have until July 12, 2010 to answer or otherwise respond to the complaint and that Hoepfl will not challenge personal jurisdiction.

SO STIPULATED.

Dated: June 22, 2010                    BERGESON, LLP


By: /s/
    John W. Fowler

Attorneys for Defendant
ERIC HOEPFL

Dated: June 22, 2010                    K&L GATES LLP


By: /s/
    Bryan J. Sinclair

Attorneys for Plaintiff
MU DYNAMICS, INC.


SO ORDERED.


Dated: __June 24__, 2010                _____
                                        Hon. Howard R. Lloyd
                                        UNITED STATES MAGISTRATE JUDGE

- 1 -
STIPULATION TO EXTEND TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT          Case No. 10-CV-2161 HRL